1 PHILLIP A. TALBERT
Acting United States Attorney
2 STEPHANIE M. STOKMAN
Assistant United States Attorneys
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

**FILED**
Sep 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6
7 Attorneys for Plaintiff
United States of America



**SEALED**

8
9 IN THE UNITED STATES DISTRICT COURT
10 EASTERN DISTRICT OF CALIFORNIA

11
12 UNITED STATES OF AMERICA,

13                Plaintiff,
14 v.

15 MICHAEL CARPENTER, and
CHLOE MAYFIELD SMITH,
16
17                Defendants.

CASE NO. 1:21-CR-00223-NONE-SKO

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

18
19       The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of
20 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury
21 on September 9, 2021 charging the above defendant with violations of 21 U.S.C. §§
22 841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Death; 21 U.S.C. §§ 846 &
23 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl; 21
24 U.S.C. § 841(a)(1) – Distribution of Fentanyl; 21 U.S.C. § 853(a) – Criminal Forfeiture, be
25 kept secret until the defendants named in this Indictment are either in custody or have
26 been given bail on these offenses; and further order that until such time as the defendants
27 are in custody or have been given bail, that no person shall disclose the finding of the
28 Indictment or any warrants issued pursuant thereto, except when necessary for the

1  issuance and execution of the warrants.

3  DATED: September 9, 2021                     Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                   By    /s/ STEPHANIE M. STOKMAN
                                         STEPHANIE M. STOKMAN
                                         Assistant U.S. Attorney

9        IT IS SO ORDERED.

10 Dated:  September 9, 2021

                                                _____
                                                ERICA P. GROSJEAN
                                                U.S. Magistrate Judge

Motion to Seal Indictment                    2