PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CARPENTER et al.,<br>Defendant. | CASE NO. 1:21-CR-00223-NONE-SKO<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on September 9, 2021, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case, be unsealed and made public record.

Dated: September 20, 2021                                PHILLIP A. TALBERT
                                                                              Acting United States Attorney


                                                                    By:  */s/ Stephanie M. Stokman*
                                                                              STEPHANIE M. STOKMAN
                                                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CARPENTER et al.,<br><br>Defendant. | CASE NO.  1:21-CR-00223-NONE-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on September 9, 2021, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **September 20, 2021**               **_ /s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE

MOTION AND PROPOSED ORDER TO UNSEAL                    2