# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:21-CR-00223-1-NONE SKO |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| MICHAEL CARPENTER, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

    1.    Barbara H. O'Neill is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to September 22, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

    Dated:  **September 23, 2021**            **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE