PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CARPENTER,<br><br>Defendant. | CASE NO. 1:21-CR-00223-JLT<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 10, 2024<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on September 10, 2024.

2. By this stipulation, defendants now move to vacate the trial and trial confirmation date and set a date for change of plea for November 18, 2024, and to exclude time between September 10, 2024, and November 18, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2024 to November 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 23, 2024                               PHILLIP A. TALBERT
                                                    United States Attorney

                                                     /s/ STEPHANIE M. STOKMAN
                                                    STEPHANIE M. STOKMAN
                                                    Assistant United States Attorney

Dated:  July 23, 2024                                /s/ BARBARA O'NEILL
                                                    BARBARA O'NEILL
                                                    Counsel for Defendant
                                                    MICHAEL CARPENTER

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **July 23, 2024**                          _____
                                                    UNITED STATES DISTRICT JUDGE