```
1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:    (559) 497-4000
   Facsimile:    (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CARPENTER,<br><br>Defendant. | CASE NO.  1:21-CR-00223-JLT<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: November 18, 2024<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on November 18, 2024.

2. By this stipulation, defendants now move to continue the sentencing date to March 31, 2025, and to exclude time between November 18, 2024, and March 31, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties request additional time to discuss the terms of the plea agreement and for defense counsel to further engage in discussions with defendant about those terms.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2024 to March 31, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that

the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2024         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ STEPHANIE M. STOKMAN
                                 STEPHANIE M. STOKMAN
                                 Assistant United States Attorney

Dated: November 12, 2024         /s/ BARBARA O'NEILL
                                 BARBARA O'NEILL
                                 Counsel for Defendant
                                 MICHAEL CARPENTER

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 13, 2024**

UNITED STATES DISTRICT JUDGE