Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Michael Carpenter

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL CARPENTER,<br><br>           Defendant. | CASE NO:  1:21-CR-00223-JLT<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING<br><br>Date: June 2, 2025<br>Time: 9 a.m. |

THE PARTIES HEREBY STIPULATE, that the plea date for Michael Carpenter be continued from June 2, 2025 to July 14, 2025.

   By previous order, the Court set this matter for a plea hearing on June 2, 2025.  The parties by this stipulation request to vacate the June 2, 2025 date and continue the plea date to July 14, 2025.

   Counsel needs more time to confer with Michael Carpenter.  Due to the defendant being housed in Bakersfield communication has been slower than usual.  Also, the legal mail sent to Mr. Carpenter appears to have been lost and a new set of documents had to be mailed.

   Time is excluded to and including July 14, 2025.

IT IS SO STIPULATED.

1

Dated: May 22, 2025         /s/Barbara Hope O'Neill
                            Barbara Hope O'Neill
                            Attorney for Michael Carpenter

Dated:  May 22, 2025

                             /s/ Stephanie M. Stokman
                            Stephanie M. Stokman
                            Assistant United States Attorney

ORDER

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 2, 2025 through July 14, 2025, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 23, 2025**

UNITED STATES DISTRICT JUDGE

2